AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | FILED |
|---|---|
| | **Aug 29, 2025** |
| | CLERK, U.S. DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Rukhma BUTT | ) | Case No.   1:25-mj-00096-BAM |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 29th, 2025_____ in the county of _____Mariposa_____ in the _____Eastern_____ District of _____California_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C § 113(a)(4) | Assault by Striking, Beating, or Wounding |
| | |
| | Maximum Penalties |
| | 1 year of imprisonment |
| | $100,000 Fine |
| | 1 year supervised release |
| | $25 special assessment |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

USPR Sydney Emley
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by email/telephone

Date:   _____08/29/2025_____

_____
*Judge's signature*

City and state:   _____Fresno, CA_____        Hon. Barbara A. McAuliffe, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

## BACKGROUND OF AFFIANT

1.    I, Sydney Patricia Emley, further state, I am a Law Enforcement Officer ("Officer"), employed by the National Park Service ("NPS"). I am a commissioned Law Enforcement Officer with the National Park Service. At the time of arrest, I was field training in Yosemite National Park. I was trained in conducting investigations at the Federal Law Enforcement Training Center where I graduated in June of 2025.

2.    The facts of this criminal complaint are based on my personal observations, on my training and experience, as well as my consultation with other LEOs. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint and does not set forth all my knowledge about this matter.

## JURISDICTION

3.    The facts set forth in this criminal complaint occurred on August 28-29, 2025, within the geographic boundaries of Yosemite National Park, California. Yosemite National Park is an area of federally owned public land administered by the NPS. Yosemite National Park is an area of the special maritime and territorial jurisdiction of the United States as defined by Title 18 U.S.C. § 7 (3): "Special maritime and territorial jurisdiction of the United States defined" and by Title 16 U.S.C. § 57: "Yosemite and Sequoia National Parks; exclusive jurisdiction of United States."

4.    Yosemite National Park is located within Mariposa, Madera, Mono and Tuolumne Counties, all of which are located within the Eastern District of California.

## CHARGES

5.    Based upon the facts set forth in this criminal complaint, I believe probable cause existed to believe that Rukhma BUTT, violated 18 U.S. Code § 113(a)(4) - Assault by Striking, Beating, or Wounding, on August 29, 2025, within Yosemite National Park:

## PROBABLE CAUSE

1

**INITIAL ACTIONS ON SCENE**

6.     On August 29, 2025, at approximately 12:10 am, United States Park Ranger (USPR) M. Terry, and I, USPR S. Emley, responded to a report from Yosemite Emergency Communications Center (YECC) of a male subject later identified as the victim, I.S, being struck by a female subject later identified by California ID as Rukhma BUTT. I arrived on scene at approximately 12:15 am and observed BUTT and I.S standing in the parking lot behind Degnan's Deli.

7.     USPR J. Fey detained BUTT in handcuffs. BUTT consented to a search. I searched BUTT, nothing of note was found.

**VICTIM INTERVIEW**

8.     USPR K. Poferl and USPR J. Fey interviewed I.S. I.S recalled the following events:

9.     I.S and BUTT had been romantic partners for four years but had broken up approximately two weeks ago after a fight that USPR's responded to in Yosemite National Park. Following the breakup they still maintained a sexual relationship engaging in sexual intercourse within the last forty-eight hours.

10.    On August 28, 2025, BUTT called I.S earlier in the evening and said she wanted to talk about her sister. I.S arrived at BUTT's apartment at approximately 10:00 pm. Everything was fine until the last ten minutes when he told BUTT that he did not want to talk anymore.

11.    BUTT began throwing I.S's belongings outside. When he stepped outside onto the raised porch, BUTT pushed him in the back with both hands causing him to fall approximately two feet to the ground where he landed on his feet.

12.    BUTT began bringing I.S's belongings back into the apartment and I.S felt that this would be a good time to escape. I.S took off running and BUTT chased after him. BUTT caught up to I.S and grabbed him. I.S told BUTT he was going to call the police at which time BUTT got on her knees and begged him not to.

2

13.     I.S dialed 911, while on the phone with YECC, BUTT began open hand striking I.S in the face and neck knocking his glasses off his face. BUTT also struck I.S with a purse. I.S described feeling dizzy following the strikes. BUTT then attempted to grab the phone from I.S and they struggled "like someone would fight over a gun". BUTT pulled on and tore I.S's shirt before taking the phone from him and hanging up on I.S's call with YECC. I.S's phone ended up in the street.

14.     During the scuffle, BUTT wrapped both hands around I.S's neck and squeezed for approximately five seconds. I.S did not feel out of breath. I.S later told USPR K. Poferl that this was not the first time BUTT had attempted to strangle him and that BUTT had, at times, done this multiple times a week throughout the course of their relationship.

15.     Aramark security arrived on scene and BUTT ran behind a vehicle. When security identified themselves, BUTT reengaged with I.S and began yelling that it was his fault.

**DOCUMENTATION OF INJURIES**

16.     During the investigation on scene, I.S had visible redness and scratches on both sides of his ribs under his arms. There was a visible scratch on the right-side base of his neck near his clavicle. I.S had moon shaped swelling on the left side of his eye. I.S's injuries were photographed by USPR K. Poferl. I.S was evaluated and subsequently medically cleared by paramedics on scene.

**BUTT INTERVIEW**

17.     While on scene I interviewed BUTT. BUTT recalled the following events:

18.     On August 28, 2025, BUTT had invited I.S over because she was distraught about her sister going missing and wanted to talk to someone. BUTT stated that I.S was "the love of her life" and they had been in a romantic relationship for the past four years. As I.S was leaving, BUTT asked him for a hug and I.S declined. BUTT then held her arms up in front of him and begged I.S not to leave. I.S pushed past BUTT and exited the apartment. BUTT then stated I.S tried to walk away and she grabbed him from behind as if to hug him. She admitted to pushing

3

I.S at some point as well as grabbing him around the waist in an attempt to get him to listen to her.

19.     At approximately 1:04 am August 29, 2025, BUTT was arrested and transported to the Fresno County Jail by USPR K. Poferl.

## CONCLUSION

20.     Based on the forgoing facts of this affidavit, I believe probable cause existed for the arrest of Rukhma Butt for a violation of 18 U.S. Code § 113(a)(4) - Assault by Striking, Beating, or Wounding, within Yosemite National Park on August 29, 2025.

Respectfully submitted,

Sydney Emley
United States Park Ranger
National Park Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by email/telephone on_____8/29/25_____, 2025:

The Honorable Barbara A. McAuliffe
United States Magistrate Judge
August 29, 2025

Approved as to form by:

 /s/ Antonio J. Pataca
Antonio Pataca
Assistant United States Attorney
August 29, 2025

4