HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant-Appellant
RUKHMA BUTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br>vs.<br>RUKHMA BUTT,<br>Defendant-Appellant. | Case No. 1:26-cr-00097-JLT<br>**STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Brendan Daly, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Rukhma Butt, that the Court may modify the briefing schedule for Ms. Butt's appeal of a magistrate judge decision.

On May 27, 2026, Ms. Butt filed a timely Notice of Appeal. ECF No. 22. On June 2, 2026, this Court issued a briefing schedule. ECF No. 23. Under the Briefing Schedule, Ms. Butt's opening brief is due 21 days after the filing of appropriate transcripts. The transcript was filed June 30, 2026. *See* ECF No. 1:25-mj-00096-HBK, No. 24. Accordingly, her opening brief is currently due July 21, 2026, and the government's answering brief is due 21 days after the filing of Ms. Butt's opening brief. *See* ECF No. 23. The Briefing Schedule further provides: "These periods may be altered by the assigned Judge upon application of the parties . . . ." *Id.*

The parties have conferred and request that the Court alter the Briefing Schedule to

enable each party adequate time to review the record and conduct necessary research. The parties request the briefing schedule be modified as follows: appellant's brief due July 31, 2026; appellee's brief due August 28, 2026; and appellant's reply brief due September 11, 2026.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: July 15, 2026

*/s/ Brendan Daly*
Brendan Daly
Assistant U.S. Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 15, 2026

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
RUKHMA BUTT

**ORDER**

**IT IS SO ORDERED.** Appellant's brief is due July 31, 2026; Appellee's brief is due August 28, 2026; and Appellant's reply brief is due September 11, 2026.

Date: July 16, 2026



Hon. Jennifer L. Thurston
United States District Judge